June 15, 1900, affirming a judgment in favor of plaintiff entered upon a verdict.

*Frederic R. Kellogg* for appellant.

*James C. Cropsey* and *De Witt Bailey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.

---

JANE BARBER, Respondent, *v.* AZARIAH J. HATHAWAY, Appellant.

*Barber* v. *Hathaway*, 47 App. Div. 165, affirmed.
(Submitted November 25, 1901; decided December 10, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 18, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Gibbs & Wilbur* for appellant.

*Edson A. Hayward* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.

---

SARAH KIRBY, Appellant, *v.* THE PRESIDENT, MANAGERS AND COMPANY OF THE DELAWARE AND HUDSON CANAL COMPANY et al., Respondents.

*Kirby* v. *President etc, D. & H. C. Co.*, 48 App. Div. 636, affirmed.
(Argued November 26, 1901; decided December 10, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered

March 13, 1900, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term.

*Charles E. Patterson* for appellant.

*Lewis E. Carr, John H. Peck* and *Henry A. Johnson* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, HAIGHT, MARTIN, VANN and WERNER, JJ. Not voting: PARKER, Ch. J., and BARTLETT, J.

---

DIMONT M. CALDWELL, Appellant, *v.* MUTUAL RESERVE FUND LIFE ASSOCIATION, Respondent.

*Caldwell* v. *Mutual Reserve Fund L. Assn.*, 53 App. Div. 245, appeal withdrawn.

(Submitted December 2, 1901; decided December 10, 1901.)

MOTION to withdraw appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 27, 1900, reversing a judgment in favor of plaintiff entered upon the report of a referee and granting a new trial.

The motion was made upon the ground that the appeal was taken erroneously and inadvertently and that the Court of Appeals has no jurisdiction to consider the questions raised thereby.

*Herman Aaron* for motion.

*George Burnham, Jr.,* opposed.

*Per Curiam.* Motion denied, unless appellant pays to the respondent the costs and charges of keeping in force its undertaking, on appeal to the Appellate Division, from the date of the entry of the order reversing the judgment in that court to the date of the entry of an order in this court permitting the withdrawal of this appeal, together with costs and disbursements in this court to the time of such withdrawal; in which case motion granted.